IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Joe Nathan Louis, #8421134, ) | |
| ) | Civil Action No.: 1:16-1592-RMG |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| King County Prosecutor's Office, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court on the Report & Recommendation (R & R) of the Magistrate Judge recommending that the Complaint be transferred to the United States District Court for the Western District of Washington. (Dkt. No. 6). Plaintiff, a patient in a Washington State public mental health facility, filed this *pro se* complaint on May 16, 2016, alleging that he is "being cruelly unlawfully imprisoned" by the state of Washington, the Washington State Department of Corrections, and the federal government of the state of Washington. (Dkt. No. 1).

Where a Magistrate Judge has submitted to a District Court a R & R, any party may file written objections within 14 days of the issuance of the R & R. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). A District Court must "make a *de novo* determination of those portions of the report . . . or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). Where no timely filed objection has been made, the District Court is obligated to review the R & R to confirm that "there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

1

2

The Court has reviewed the record in this matter, the R & R of the Magistrate Judge, and the applicable law. The Court finds that the Magistrate Judge has ably and thoroughly addressed the factual and legal issues in this matter. Accordingly, the Court hereby **ADOPTS** the R & R as the order of the Court and transfers this case to the United States District Court for the Western District of Washington.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

June 15, 2016
Charleston, South Carolina

2